UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 1

| SENSIO INC.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>Defendant. | S U M M O N S<br>Court No. 23-152 |
|---|---|

**TO:**   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Mario Toscano
Clerk of the Court

**PROTEST**

| Port(s) of Entry: | 2704, 4601, 1703, 1303 | Center (if known): | unknown |
|---|---|---|---|
| Protest Number: | 2704-22-162015 | Date Protest Filed: | 09/23/2022 |
| Importer: | Sensio Inc. | Date Protest Denied: | 02/21/2023 |
| Category of Merchandise: | air fryers | | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| WFN-87985194 | 06/13/2021 | 06/29/2022 | | | |
| WFN-87972986 | 06/13/2021 | 06/29/2022 | | | |
| | | | | | |
| | | | | | |

John M. Peterson, Esq.
Patrick Klein, Esq.
Neville Peterson LLP
55 Broadway, Suite 2602
New York, NY  10006
Tel: 212-635-2730

Name, Address**,** Telephone Number and
E-mail Address of Plaintiff's Attorney

**CONTESTED ADMINISTRATIVE DECISION**

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| air fryers | 8516.60.4070/9903.88.03. | 25% ad valorem | 8516.79.00. | 2.7% ad valorem |

| Other |
|---|
| State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: Protest denied CBP Ruling H321189 of November 2021 applies |

| |
|---|
| The issue which was common to all such denied protests: classification of air fryers |

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

　　　　　　　　　　　　　　　/s/ John M. Peterson
　　　　　　　　　　　　　　　*Signature of Plaintiff's Attorney*

8/7/2023
　　　　　　　　　　　　　　　*Date*

## SCHEDULE OF PROTESTS

unknown

_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 2704-22-162019 | 9/23/22 | 2/21/2023 | WFN87961492<br>WFN87971095<br>WFN87972945<br>WFN87979510<br>WFN87920258<br>WFN87914517<br>WFN87891756<br>WFN87891707<br>WFN87876690<br>WFN87891772 | 6/13/2021<br>6/12/2021<br>6/11/2021<br>6/10/2021<br>5/13/2021<br>5/10/2021<br>5/04/2021<br>5/04/2021<br>5/04/2021<br>5/03/2021 | 6/29/2022<br>6/29/2022<br>6/29/2022<br>6/29/2022<br>6/30/2022<br>6/30/2022<br>6/30/2022<br>6/30/2022<br>6/30/2022<br>6/30/2022 | 2704<br>4601<br>4601<br>1703<br>2704<br>2704<br>1303<br>1303<br>2704<br>2704 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)