**UNITED STATES COURT OF INTERNATIONAL TRADE**

```
------------------------------------------------------------------- X
SENSIO INC.                                    :
                                               :
           Plaintiff,                          :
                                               :
      v.                                       :   Court No. 23-152
                                               :
UNITED STATES,                                 :
                                               :
           Defendant.                          :
------------------------------------------------------------------- X
```

## COMPLAINT

1. Plaintiff, Sensio Inc. ("Sensio"), brings this action to contest the denial of its 19 U.S.C. § 1514 protest against the classification, in liquidation, and assessment of duty on, certain entries of imported air fryers.

## JURISDICTION

2. All liquidated duties, taxes, and fees were paid prior to the commencement of this action. The action was timely filed within 180 days from the date of protest denial. This Court has jurisdiction over the action pursuant to 28 U.S.C. § 1581(a).

## PARTIES

3. Plaintiff is a corporation organized and existing under the Laws of the State of Delaware. It is qualified to do business in the State of New York, and is headquartered in New York, New York. Plaintiff is an importer and wholesaler of various kitchen appliances.

4. Defendant, United States, is the Federal defendant. Its agency United States Customs and Border Protection ("Customs" or "CBP"), a component of Department of Homeland Security ("DHS"), is responsible, inter alia, for the processing of protests filed pursuant to Section 514 of the Tariff Act of 1930, as amended 19 U.S.C. §1514, and has a statutory obligation, pursuant to 19 U.S.C. §1515, to review protests and to allow or deny them in whole or in part.

## STANDING

5. Plaintiff is the importer of record of the merchandise which is the subject of this action, and is the real party in interest.

## STATEMENT OF FACTS

6. The merchandise in question consists of air fryers. An air fryer is a countertop cooking device which is specially designed to cook foods using oil or fats by a process of "frying."

7. Plaintiff submits these goods are properly classified under subheading 8516.79.00 of the Harmonized Tariff Schedule of the United States ("HTSUS") which provides for:

| Heading/ Subheading | Stat. Suffix | Article Description |
|---|---|---|
| 8516 | | Electric instantaneous or storage water heaters and immersion heaters; electric space heating apparatus and soil heating apparatus; electrothermic hairdressing apparatus (for example, hair dryers, hair curlers, curling tong heaters) and hand dryers; electric flatirons; other electrothermic appliances of a kind used for domestic purposes; electric heating resistors, other than those of heading 8545; parts thereof: |
| 8516.79.00 | 00 | Other |

Goods entered under this classification have a 2.7% *ad valorem* duty rate. The provision is not subject to Section 301 duties imposed on certain Products of China.

8. From May 3, 2021 to June 13, 2021, Plaintiff imported the air fryers at issue from China at the Ports of Los Angeles, CA; Newark, NJ; Savannah, GA; and Baltimore, MD under cover of the Customs consumption entries shown on the Summons in this consolidated case. Customs liquidated these entries under subheading 8516.60.4070/9903.88.03, HTSUS, and assessed 25% *ad valorem* Section 301 duty.

9. Subheading 8516.60.4070, HTSUS, provides for:

| Heading/ Subheading | Stat. Suffix | Article Description |
|---|---|---|
| 8516 | | Electric instantaneous or storage water heaters and immersion heaters; electric space heating apparatus and soil heating apparatus; electrothermic hairdressing apparatus (for example, hair dryers, hair curlers, curling tong heaters) and hand dryers; electric flatirons; other electrothermic appliances of a kind used for domestic purposes; electric heating resistors, other than those of heading 8545; parts thereof: |
| 8516.60 | | Other ovens; cooking stoves, ranges, cooking plates, boiling rings, grillers and roasters: |
| 8516.60.40 | | Cooking stoves, ranges and ovens |
| 8516.60.40 | 70 | Portable |

10. On the dates reflected in the summons in this action, plaintiff filed various protests contesting the classification and rate and amount of duty assessed in liquidation, pursuant to 19 U.S.C. § 1514(a)(2).

11. On the dates reflected in the summons, Customs denied these protests. On August 7, 2023, plaintiff timely filed the summons in this case.

12. The process of frying involves immersing a food product in oils, or cooking them in a pan surrounded by oils or fats. During the frying process, water molecules in the food product are replaced with the oil or fats. This substitution generally results in foods which are more flavorful (and which will typically have a much higher caloric content) than foods cooked by other means. Frying often adds browning and surface crispness to the areas where the oil-for water substitution occurs.

13. Air fryers are designed to accomplish frying by using heated air in an immerse fluid like manner around the food being cooked, after the food has been rubbed or basted with a fat or oil.

14. To this end, the product features a removable "frying basket" with a cool-touch handle which is inserted into a frying basket drawer. The fryer features a basket lock and a basket release button. There is an air outlet and air inlet in the product.

15. The "frying basket" is inserted in a larger air convection fryer body which is equipped with electronic user touch controls. The product features a cooking chamber with heating elements.

16. A convection fan moves hot air through the device, which allows the food within to cook by frying. The basket features aerodynamic louvres to allow the air to circulate around the good being cooked. In addition, the air fryer is equipped with a drip pan that collects grease, oils and fats from the food.

17. The aerodynamic design of the air fryer is designed to circulate heated air to all areas on the surface of the food which may have been rubbed or basted with oils, to allow the frying operation to occur. In this way the air fryer uses the air as a fluid, so that the cooking oil reaches every part of the food

18. The convection components of the air fryer allow cooking of foods with fats and oils, using the air as a fluid. This allows frying to take place without the use of as much oil as would be consumed in immersion frying, resulting in healthier cooked foods.

19. In addition to air-frying foods, the air fryer is also able to bake, roast or grill foods. Food inserted into the air fryer can be fried, baked, sautéed, steam grilled or roasted. The air fryer allows an operator to choose from eight different cooking techniques when preparing to cook.

## **COUNT I**

20. Plaintiff repeats and incorporates by reference paragraphs 1 through 19 as though they were fully set forth herein.

21. The subject entries were liquidated under Subheading 8516.60.4070, HTSUS, which provides for:

| Heading/ Subheading | Stat. Suffix | Article Description |
|---|---|---|
| 8516 | | Electric instantaneous or storage water heaters and immersion heaters; electric space heating apparatus and soil heating apparatus; electrothermic hairdressing apparatus (for example, hair dryers, hair curlers, curling tong heaters) and hand dryers; electric flatirons; other electrothermic appliances of a kind used for domestic purposes; electric heating resistors, other than those of heading 8545; parts thereof: |
| 8516.60 | | Other ovens; cooking stoves, ranges, cooking plates, boiling rings, grillers and roasters: |
| 8516.60.40 | | Cooking stoves, ranges and ovens |
| 8516.60.40 | 70 | Portable |

22. Subheading 8516.60.40, HTSUS, is subject to a 25% Section 301 duty pursuant to 9903.88.03 HTSUS.

23. Sensio's air fryers are considerably more than ovens. The subject goods are properly classified under subheading 8516.79.00, HTSUS, which provides for:

| Heading/ Subheading | Stat. Suffix | Article Description |
|---|---|---|
| 8516 | | Electric instantaneous or storage water heaters and immersion heaters; electric space heating apparatus and soil heating apparatus; electrothermic hairdressing apparatus (for example, hair dryers, hair curlers, curling tong heaters) and hand dryers; electric flatirons; other electrothermic appliances of a kind used for domestic purposes; electric heating resistors, other than those of heading 8545; parts thereof: |
| 8516.79.00 | 00 | Other |

24. Goods subject to this provision are subject to a 2.7% ad valorem duty and are not subject to Section 301 duties.

**PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiff respectfully prays that this Court grant judgment in its favor, and request that this Court:

i. direct the United States Customs and Border Protection at the above mentioned ports to reliquidate the entries subject to this action under subheading 8516.79, HTSUS.

ii. order a refund on any excess Section 301 duties assessed in liquidation, with interest as provided by law; and

iii. provide such other and further relief as this Court may deem just.

Respectfully submitted,

/s/ John M. Peterson
John M. Peterson
Richard F. O'Neill
Patrick B. Klein
NEVILLE PETERSON LLP
*Counsel for Plaintiff*
One Exchange Plaza
55 Broadway, Suite 2602
New York, NY 10006
(212) 635-2730
jpeterson@npwny.com

June 5, 2024